THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TRUSTEES AND ASSOCIATES OF THE BROOKLYN BENEVOLENT SOCIETY, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Trustees Brooklyn Benevolent Society* v. *Purdy*, 143 App. Div. 935, affirmed.
(Argued November 22, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

March 31, 1911, which affirmed an order of Special Term dismissing a writ of certiorari and confirming certain assessments against relator for purposes of taxation.

*Austen G. Fox* and *Thomas G. Barry* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *George H. Folwell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.